IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.                                          Case No. 4:18-cr-4

JAMES R. CASEY,

      Defendant.

## AGREED ORDER

AND NOW, having considered the Defendant's unopposed Motion to File Medical Reports Under Seal and finding it necessary that the medical records be filed under seal because their contents include the Defendant's private health information, **IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED** and the medical records from the Bureau of Prisons are to be filed under seal.

                                                                                    _____
                                                                                     Raymond A. Jackson
                                                                                     United States District Judge

Date: _____

Norfolk, Virginia

I ASK FOR THIS:

_____/s/_____
Keith Loren Kimball
Supervisory Assistant Federal Public Defender
Virginia State Bar No. 31046
Attorney for James R. Casey
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Email Address: Keith_Kimball@fd.org